USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**CRYSTAL LUGO,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-04009 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed her Complaint on May 14, 2026, and this matter was subsequently referred to my docket on May 15, 2026. See ECF Nos. 1, 6. The Clerk of Court has not issued a Notice of Commencement of Social Security Action but counsel for the Commissioner has appeared. By Wednesday, July 15, 2026, the parties are ORDERED to file a joint letter notifying the Court whether such a Notice needs to be filed or whether the Commissioner has received sufficient notice and the parties have agreed on a briefing schedule.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 8, 2026
New York, New York