USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**CRYSTAL LUGO,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-04009 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 16, 2026, the Court endorsed the parties' proposed briefing schedule which provided that Defendant would file the Electronic Certified Administrative Record ("CAR") by July 22, 2026. To date, the CAR has not been filed.

Defendant is ORDERED to file the CAR by Monday, August 3, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 29, 2026
New York, New York